IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KRISTIN FULLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: |
| | ) 3:13-CV-00520-WC |
| SL ALABAMA, LLC, a subsidiary | ) |
| of SL AMERICA CORP. | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME the parties by and through their respective counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, do hereby stipulate and request that this action be dismissed with prejudice and with each party to bear her or its own costs and attorney's fees.

Dated this 6th day of November, 2014.

Respectfully submitted,

/s/ Jon C. Goldfarb
Jon C. Goldfarb
Daniel E. Arciniegas
Will Smith

Attorneys for Plaintiff
Kristin Fuller

22163717 v1

**OF COUNSEL:**
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

John J. Coleman, III
H. Carlton Hilson
Ingu Hwang

Attorneys for Defendant
SL Alabama, LLC

**OF COUNSEL:**
**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100